IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: KISTLER BUILDING SUPPLY COMPANY, INC.   :   CHAPTER 7

DEBTOR   :   BANKRUPTCY NO. 18-11338

MOTION TO SELL DEBTOR'S VEHICLES AT PRIVATE SALE

TO THE HONORABLE RICHARD E. FEHLING, CHIEF BANKRUPTCY JUDGE:

AND NOW COMES, Michael H. Kaliner, Trustee and respectfully files this Motion and in support thereof represents as follows:

1. The Movant is Michael H. Kaliner, the duly appointed trustee herein.

2. The Debtor owns the following vehicles: 2002 Chevy Commercial 3500, VIN#1GBJK34U52F160103; 2006 Chevy Silverado 1500, VIN#1GCHK24U76E185875; 1995 Mack Truck, VIN#1M2P257C2SMO22830; and 2005 Peterbuilt, VIN#2NPLHD7X05M865246.

3. The Trustee received an offer from Lehigh Trucks & Auto Sales, 4312 Route 309, Schnecksville, PA 18078 to purchase the aforesaid vehicles for the sum of $31,500.00.

4. There are no encumbrances recorded against the vehicles.

5. This is the best offer the Trustee has received and he believes it is fair and reasonable and in the best interests of the Estate.

6. The Trustee proposes to pay broker's commission to Joe Setton in the amount of ten (10%) percent, the amount set forth in the Application to Employ Broker.

WHEREFORE, the Trustee respectfully requests that this Honorable Court grant the relief requested.

/s/Michael H. Kaliner
Michael H. Kaliner, Trustee